In re  **Galveston Bay Biodiesel, LP**                                Case No.  **10-80278**
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> Altira Group LLC <br> World Trade Center <br> 1625 Broadway, Ste. 2450 <br> Denver, CO 80202 | | DATE INCURRED: 4/6/06 <br> NATURE OF LIEN: UCC-1 <br> COLLATERAL: All Assets <br> REMARKS: <br> VALUE: $10,047,128.41 | | | | $306,249.07 | |
| ACCT #: <br> Ann Best Elite Temporaries <br> 39018 Treasury Center <br> Chicago, IL 60694-9000 | | DATE INCURRED: various <br> NATURE OF LIEN: M & M Lien <br> COLLATERAL: Leasehold Interest <br> REMARKS: <br> VALUE: $0.00 | | | X | $82,912.80 | $82,912.80 |
| ACCT #: <br> Clean Coast Technologies, Inc. <br> 1041 Thomas Ave. <br> Pasadena, TX 77506 | | DATE INCURRED: <br> NATURE OF LIEN: M & M Lien <br> COLLATERAL: Leasehold Interest <br> REMARKS: <br> VALUE: $0.00 | | | X | $1,326.01 | $1,326.01 |
| ACCT #: <br> Consolidated Electrical Distributors Inc <br> PO Box 5410 <br> Covington, LA 70434 | X | DATE INCURRED: various <br> NATURE OF LIEN: M & M Lien <br> COLLATERAL: Leasehold Interest <br> REMARKS: <br> VALUE: $0.00 | | | X | $13,635.01 | $13,635.01 |
| | | Subtotal (Total of this Page) > | | | | $404,122.89 | $97,873.82 |
| | | Total (Use only on last page) > | | | | | |

___1___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Galveston Bay Biodiesel, LP**                                              Case No. __10-80278__
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Phoenix Pollution Control**<br>**720 S. Lynchburg Road**<br>**Baytown, TX 77520** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**M & M Lien**<br>COLLATERAL:<br>**Leasehold Interest**<br>REMARKS:<br><br>VALUE: $0.00 | | | X | $329,540.53 | $329,540.53 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached             Subtotal (Total of this Page) >   | $329,540.53 | $329,540.53 |
to Schedule of Creditors Holding Secured Claims                   Total (Use only on last page) >   | $733,663.42 | $427,414.35 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)