B6F (Official Form 6F) (12/07)

In re   **Galveston Bay Biodiesel, LP**                    Case No.   __10-80278_____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**1st Safety Sales & Rentals, LL**<br>629 Howard Ave., Bldg. A<br>Deer Park, TX 77536 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $4,713.05 |
| ACCT #:<br>**5 Star Welding & Industrial Sup**<br>PO Box 1314<br>Santa Fe, TX 77510 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $75.00 |
| ACCT #:<br>**A & H Electric**<br>PO Box 3097<br>3401 Beall Lane<br>Galveston, TX 77554-0097 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $13,410.00 |
| ACCT #:<br>**A. Craig Eiland**<br>2211 The Strand, Ste. 201<br>Galveston, TX 77550 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Addicks Fire & Safety, Inc.**<br>1800 Sherwood Forest, Ste. B-1<br>Houston, TX 77043 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $575.20 |
| ACCT #:<br>**AgResearch, Inc.**<br>16230 Woodlake Drive<br>College Station, TX 77845 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,333.33 |
| | | | | Subtotal > | | $22,106.58 |

__23__ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galveston Bay Biodiesel, LP**                                      Case No.    **10-80278**
                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AIMM Technologies Inc.**<br>PO Box 369<br>Lamarque, TX  77568 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $15,662.50 |
| ACCT #:<br>**Air Liquide America Specialty LLC**<br>11426 W. Fairmont Pky (11300)<br>La Port, TX  77571-6000 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $4,768.41 |
| ACCT #:<br>**Air Liquide Industrial U.S. LP**<br>801 West N. Carrier Parkway<br>Grand Prairie, TX  75050 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $6,531.46 |
| ACCT #:<br>**Airgas**<br>PO Box 676031<br>Dallas, TX  75261 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $907.00 |
| ACCT #:<br>**Alliance Payroll Services, Inc.**<br>12707 North Freeway<br>Suite 320<br>Houston, TX  77060 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Allied Waste Service #855**<br>Houston Services Group<br>PO Box 78756<br>Phoenix, AZ  85062 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trash Service**<br>REMARKS: | | | | $5,371.27 |

Sheet no. ___1___ of ___23___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                        $33,240.64

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galveston Bay Biodiesel, LP**                                        Case No. ___10-80278_____
                                                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1139**<br>**Amegy Bank**<br>**Commercial Loan Servicing Dept**<br>**TH-A007-5771**<br>**PO Box 3029**<br>**Houston, TX  77253** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**American Arbitration Association**<br>**13455 Noel Road**<br>**Suite 1750**<br>**Dallas, TX  75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>**American Commodities Brokerage**<br>**145 East 48th St., Ste. 31C**<br>**New York, NY  10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $37,820.00 |
| ACCT #:<br>**Amspec Services, LLC**<br>**PO Box 1748**<br>**360 East Elizabeth Ave.**<br>**Linden, NJ  07036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $10,755.25 |
| ACCT #:<br>**Applied Industrial Technologie**<br>**839 Highway 136 N**<br>**Texas City, TX  77590-6640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $63.19 |
| ACCT #:<br>**Aramark Uniform Services**<br>**PO Box 1339**<br>**Staffrord, TX  77497** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,184.59 |

Sheet no. ___2___ of ___23___ continuation sheets attached to                                        Subtotal >          $49,973.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                       Total >
                                                            (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                               Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Galveston Bay Biodiesel, LP**                                      Case No.   **10-80278**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ardent Services, LLC**<br>**East Gulf Coast**<br>**615 Hill Street**<br>**Jefferson, LA  70121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $19,408.98 |
| ACCT #:<br>**Aspen Technology, Inc.**<br>**200 Wheeler Road**<br>**Burlington, Massachusetts  01803-5501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Baker Corp**<br>**101 Old Underwood Rd., Bldg B**<br>**La Porte, TX  77571** | | DATE INCURRED:<br>CONSIDERATION:<br>**Equipment Lease**<br>REMARKS: | | | | $31,913.80 |
| ACCT #:<br>**Bay Area Industrial Supply**<br>**6202 Main St.**<br>**Hitchcock, TX  77563** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $6,154.86 |
| ACCT #:<br>**Beck, Redden & Secrest, LLP**<br>**1221 McKinney St.**<br>**Suite 4500**<br>**Houston, TX  77010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $13,001.38 |
| ACCT #:<br>**BETCO Scaffolds**<br>**1617 Enid St.**<br>**Houston, TX  77009** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $201.99 |

Sheet no. ___3___ of ___23___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $70,681.01

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                          Case No. ___**10-80278**_____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bill Spence**<br>**14 Ash Branch Ct.**<br>**The Woodlands, TX  77381** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Biodiesel Experts International**<br>**PO Box 429**<br>**Pearland, TX  77588** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,647.50 |
| ACCT #:<br>**Bioselect Fuels, LLC**<br>**1100 Louisiana, Ste. 5005**<br>**Houston, TX  77002** | X | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Bloomberg LLC**<br>**731 Lexington Ave.**<br>**New York, NY  10022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $19,775.96 |
| ACCT #:<br>**C. C. Wang**<br>**5318 Avondale Dr.**<br>**Sugar Land, TX  77479** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,830.00 |
| ACCT #:<br>**Carlton Industries**<br>**PO Box 280**<br>**LaGrange, TX  78945** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $385.03 |

Sheet no. ___4___ of ___23___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $25,638.49

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Galveston Bay Biodiesel, LP**                                      Case No.   **10-80278**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Chad Symcox** <br> 735 Wilken St. <br> Houston, TX  77008 | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Cheetah Transportation** <br> PO Box 1327 <br> Alvin, TX  77512 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $389.31 |
| ACCT #: <br> **Chemtran USA, Inc.** <br> PO Box 62456 <br> Houston, TX  77205-2456 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $166.34 |
| ACCT #: <br> **ChemTreat, Inc.** <br> 4461 Cox Rd., Ste. 300 <br> Glen Allen, VA  23060 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $4,792.98 |
| ACCT #: <br> **Chemtrec** <br> **Accounts Receivable** <br> PO Box 791383 <br> Baltimore, MD  21279-1383 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $675.00 |
| ACCT #: <br> **Cisco Boiler Service Company** <br> PO Box 266161 <br> Houston, TX  77207-6161 | | DATE INCURRED: <br> CONSIDERATION: <br> **Equipment Lease** <br> REMARKS: | | | X | $35,104.00 |

Sheet no. __5__ of __23__ continuation sheets attached to                        Subtotal >          $41,127.63
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                    Case No.   **10-80278**
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Galveston Water Dept.**<br>PO Box 779<br>Galveston, TX 77553 | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Services**<br>REMARKS: | | | | $22,457.87 |
| ACCT #:<br>**Clean Fuels Clearinghouse**<br>5190 Neil Rd., Ste. 430<br>Reno, NV 89502 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $630.00 |
| ACCT #:<br>**Cognis Corporation**<br>PO Box 802568<br>Chicago, IL 60680 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $16,000.00 |
| ACCT #:<br>**Complete Crane Services, Inc.**<br>PO Box 41313<br>Houston, TX 77241-1313 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,600.00 |
| ACCT #:<br>**Convergint Technologies**<br>35257 Eagle Way<br>Chicago, IL 60678 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $536.92 |
| ACCT #:<br>**Crossroad Carriers, LP**<br>PO Box 849<br>Mont Belvieu, TX 77580 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,057.00 |

Sheet no. __6__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $44,281.79

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                      Case No. ___10-80278_____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Custom Chemicals**<br>PO Box 441<br>Santa Fe, TX  77510 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,495.56 |
| ACCT #:<br>**Cypress-Fiarbanks Tax Assessor Collector**<br>Anita Henry<br>10949 Jones Rd., Rm 106<br>Houston, TX  77065 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes - 2008 ISD**<br>REMARKS: | | | | $870.75 |
| ACCT #:<br>**D & G Communications, Inc.**<br>2333 Palmer Hwy<br>Texas City, TX  77590 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**David Stanley**<br>957 County Rd. #286<br>Edna, TX  77957 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Degussa**<br>379 Interpace Parkway<br>PO Box 677<br>Parsippany, NJ  07054 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $8,711.55 |
| ACCT #:<br>**Direct Energy**<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | | DATE INCURRED:<br>CONSIDERATION:<br>**Electric Service**<br>REMARKS: | | | | $52,211.37 |

Sheet no. ___7___ of ___23___ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          $65,289.23

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galveston Bay Biodiesel, LP**                    Case No.  **10-80278** _____

                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Donald Wells Consulting Co.** <br> **2347 Bright Meadows** <br> **Missouri City, TX  77489** | | DATE INCURRED: <br> CONSIDERATION: <br> **Amount Claimed as Owed** <br> REMARKS: | X | X | X | $100,000.00 |
| ACCT #: <br> **Dynasty Filtration** <br> **123 South 16th St.** <br> **La Porte, TX  77571** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $9,848.00 |
| ACCT #: <br> **Ed Swinderman** <br> **25510 Lyon Springs Court** <br> **Spring, TX  77373** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Elliot Electric Supply** <br> **PO Box 630610** <br> **Nacodgdoches, TX  75936** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $428.68 |
| ACCT #: <br> **Energy Labs** <br> **PO Box 30975** <br> **Billings, MT  59107-0975** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $470.00 |
| ACCT #: <br> **Ernst & Young** <br> **Bank of America** <br> **PO Box 848107** <br> **Dallas, TX  75284** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $6,270.00 |

Sheet no. ___8___ of ___23___ continuation sheets attached to                       Subtotal >      $117,016.68

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                   Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galveston Bay Biodiesel, LP**                                    Case No.    __10-80278_____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Evia Partners**<br>**PO Box 17017**<br>**Galveston, TX 77552** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $17,850.00 |
| ACCT #:<br>**Express Personnel Services**<br>**1020 23rd (Tremont) St.**<br>**Galveston, TX 77550** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $5,301.86 |
| ACCT #:<br>**Fastenal**<br>**115 Hwy 146 So.**<br>**Texas City, TX 77590** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,779.38 |
| ACCT #:<br>**Fed Ex Freight**<br>**PO Box 406708**<br>**Atlanta, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $112.91 |
| ACCT #:<br>**Fisher Scientific**<br>**PO Box 404705**<br>**Atlanta, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,367.27 |
| ACCT #:<br>**Frank Simmons**<br>**PO Box 55**<br>**Manville, TX 77578** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___9___ of ___23___ continuation sheets attached to                Subtotal >            $27,411.42

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                                      Case No.   **10-80278**
                                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gardere Wynne Sewell LP**<br>1000 Louisiana, Ste. 3400<br>Houston, TX  77002 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $18,909.71 |
| ACCT #:<br>**Garner Environmental**<br>1717 W. 13th Street<br>Deer Park, TX  77536 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $20,068.11 |
| ACCT #:<br>**General Lab Supply**<br>PO Box 7120<br>Pasadena, TX  77508 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $869.00 |
| ACCT #:<br>**Gordon Communciations**<br>4714 Louetta Rd., #709<br>Spring, TX  77388 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $514.96 |
| ACCT #:<br>**Grainger**<br>PO Box 419267<br>Kansas City, MO  64141-6267 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $231.75 |
| ACCT #:<br>**Graphic Products, Inc.**<br>PO Box 4070<br>Beaverton, OR  97076 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $561.51 |

Sheet no. __10__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $41,155.04

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                              Case No.   **10-80278**
                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Graybar<br>6161 Bingle Road<br>Houston, TX  77092 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $313.00 |
| ACCT #:<br>Great Western Supply Co.<br>Corporate Office, Dept. 377<br>PO Box 4346<br>Houston, TX  77210 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $513.88 |
| ACCT #:<br>Great Western Valve LLC<br>14247 Bandera St.<br>Houston, TX  77015 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:<br>Greenergy USA, Inc.<br>111 Bridgeport Plaza, Ste. 310<br>Rome, GA  30161 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | X | X | X | Unknown |
| ACCT #:<br>Guardian<br>PO Box 95101<br>Chicago, IL  60694-5101 | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $1,301.55 |
| ACCT #:<br>Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX  77210-4622 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | X | X | X | $2,400.00 |

Sheet no. ___**11**___ of ___**23**___ continuation sheets attached to                                          Subtotal >          $5,628.43
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                              Case No.   <u>10-80278</u>
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HLC Enterprises**<br>**PO Box 1985**<br>**Texas City, TX  77592** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $8,625.50 |
| ACCT #:<br>**Integrated Transportation Service**<br>**PO Box 1987**<br>**Channelview, TX  77530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $7,141.76 |
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Intertek**<br>**Caleb Brett USA Inc.**<br>**PO Box 32849**<br>**Hartford, CT  06150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $31,916.31 |
| ACCT #:<br>**Island Health Center, P.A.**<br>**4623 Ft. Crockett Blvd.**<br>**Galveston, TX  77551-5962** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>**Jackson Walker, LLP**<br>**PO Box 130989**<br>**Dallas, TX  75313** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | | $40,629.11 |

Sheet no. <u>12</u> of <u>23</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $88,412.68

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                    Case No.   **10-80278**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Jenny Ligums<br>1414 A Harold Street<br>Houston, TX 77006 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>JM Science<br>PO Box 250<br>Grand Island, NY 14072 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $125.09 |
| ACCT #:<br>John A. Mafrige<br>3505 Gramercy<br>Houston, TX 77025 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>John L. Wortham & Son, LP<br>PO Box 1388<br>Houston, TX 77251 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,814.31 |
| ACCT #:<br>Johnson DeLuca Kennedy & Kurisky<br>4 Houston Center<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $4,488.27 |
| ACCT #:<br>Joyce, McFarland & McFarland<br>One Shell Plaza<br>910 Louisiana, Ste. 5000<br>Houston, TX 77002 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $14,350.60 |

Sheet no. **13** of **23** continuation sheets attached to                                    Subtotal >        $20,778.27

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                             Case No.   __10-80278_____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kirby Inland Marine, LP**<br>PO Box 200788<br>Houston, TX  77216 | | DATE INCURRED:<br>CONSIDERATION:<br>**Barge Services**<br>REMARKS: | | | | $456,467.53 |
| ACCT #:<br>**Kolmar Americas, Inc.**<br>10 Middle Street<br>Penthouse<br>Bridgeport, CT  06604 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $17,328.15 |
| ACCT #:<br>**Labcal Services Inc.**<br>PO Box 1426<br>Kemah, TX  77565 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,430.00 |
| ACCT #:<br>**Lansing Trade Group, LLC**<br>PO Box 27267<br>Overland Park, KS  66210 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $219,760.33 |
| ACCT #:<br>**Liberty Environmental Services**<br>PO Box 25<br>Girard, OH  44420 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,028.50 |
| ACCT #:<br>**Liquid Ring Service & Repair**<br>PO Box 310835<br>Birmingham, Alabama  35231 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,044.65 |

Sheet no. ___14___ of ___23___ continuation sheets attached to                                    Subtotal >        | $701,059.16 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**

Case No.   **10-80278**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**McGraw Equipment**<br>**6819 Highway 90, Ste. 630**<br>**Katy, TX  77494** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,643.11 |
| ACCT #:<br>**McGriff, Seibels & Williams, Inc.**<br>**10375 Richmond Ave.**<br>**Suite 1700**<br>**Houston, TX  77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance Premium**<br>REMARKS: | | | | $59,557.56 |
| ACCT #:<br>**Mithoff Law Firm**<br>**One Allen Center**<br>**Penthouse, Ste. 3450**<br>**500 Dallas Street**<br>**Houston, TX  77002** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Attorneys Fees**<br>REMARKS: | | | | $2,000,000.00 |
| ACCT #:<br>**Mitsubishi Int'l Tank Rentals**<br>**655 Third Ave.**<br>**New York, NY  10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease Obligation**<br>REMARKS: | | | | $98,488.00 |
| ACCT #:<br>**Mobile Mini**<br>**7420 S. Kyrene Rd.**<br>**Suite #101**<br>**Tempe, AZ  85283** | | DATE INCURRED:<br>CONSIDERATION:<br>**Storage Units**<br>REMARKS: | | | | $9,068.61 |
| ACCT #:<br>**Mobile Modular Corporation**<br>**PO Box 45043**<br>**San Francisco, CA  94145** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,139.25 |

Sheet no. __15__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,173,896.53

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                Case No.   **10-80278**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MSC Industrial Supply Company**<br>Dept. CH0075<br>Palentine, IL  60055 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $111.18 |
| ACCT #:<br>**Mueller Water Conditioning, Inc.**<br>PO Box 975118<br>Dallas, TX  75397 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,227.02 |
| ACCT #:<br>**National Biodiesel Board**<br>PO Box 104898<br>Jefferson City, MO  65110 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $30,862.81 |
| ACCT #:<br>**NMC Global Corporation**<br>650 Grove Road, Ste. 111<br>PO Box 309<br>Thorofare, NJ  08086 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $667.50 |
| ACCT #:<br>**Noble Americas Corporation**<br>333 Ludlow St., Ste. 1230<br>Stamford, CT  06902 | | DATE INCURRED:<br>CONSIDERATION:<br>**Amount Claimed**<br>REMARKS: | X | X | X | $1,509,817.00 |
| ACCT #:<br>**Office of the Attorney General**<br>TX Child Support SDU<br>PO Box 659791<br>San Antonio, TX  78265-9791 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. __16__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $1,542,685.51 |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                          Case No.   __10-80278_____
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Parijat Controlware, Inc.**<br>**11522 North Lou-A1**<br>**Houston, TX  77024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Primary Chemicals, LLC**<br>**14906 FM 529, Ste. 202**<br>**Houston, TX  77095** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,015.00 |
| ACCT #:<br>**Progressive Pumps Corp.**<br>**PO Box 73108**<br>**Houston, TX  77273-3108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $4,751.68 |
| ACCT #:<br>**Property Management Partners**<br>**11 Evia Main, Apt. 203**<br>**Glaveston, TX  77554** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $4,060.00 |
| ACCT #:<br>**REIS Environmental**<br>**PO Box 8498**<br>**St. Louis, MO  63132** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $189.65 |
| ACCT #:<br>**Restek**<br>**110 Benner Circle**<br>**Bellefonte, PA  16823** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,222.61 |

Sheet no. __17__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $12,238.94 |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                    Case No.   **10-80278**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rexel**<br>**150 East Ross Ave.**<br>**El Centro, CA  92243** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $771.51 |
| ACCT #:<br>**RRS/SCHIRMER**<br>**6455 South Shore Blvd., Ste. 400**<br>**League City, TX  77573** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $16,141.05 |
| ACCT #:<br>**Saia Motor Freight Line, Inc.**<br>**PO Box A, Station 1**<br>**Houma, LA  70363** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $72.80 |
| ACCT #:<br>**Savitr Capital, LLC**<br>**One Market Plaza**<br>**Stuart Tower, Ste. 1400**<br>**San Francisco, CA  94105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Sea Lion Technology, Inc.**<br>**PO Box 1807**<br>**Texas City, TX  77592** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Secretary of State**<br>**PO Box 13697**<br>**Austin, TX  78711-3697** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____**18**_____ of _____**23**_____ continuation sheets attached to       Subtotal >       $18,985.36
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                  (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                       Case No.   __10-80278_____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**South Texas Boilers**<br>**14715 East Freeway**<br>**Houston, TX  77015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,215.00 |
| ACCT #:<br>**Southern Heat Exchangers**<br>**12210 A US 90 East**<br>**Houston, TX  77049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $387.90 |
| ACCT #:<br>**Sparkletts Water**<br>**PO Box 660579**<br>**Dallas, TX  75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $469.04 |
| ACCT #:<br>**Sparkling Clear Industries**<br>**422 W. Plantation**<br>**Clute, TX  77531** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $6,202.89 |
| ACCT #:<br>**SRI Instruments**<br>**20720 Ear Street**<br>**Torrance, CA  90503-2162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $185.00 |
| ACCT #:<br>**Stargel Office Solutions**<br>**4700 Blalock Rd.**<br>**Houston, TX  77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $846.52 |

Sheet no. ___19___ of ___23___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $10,306.35

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                    Case No. __10-80278_____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Steven L. Roberts<br>Sutherland Asbill & Brennan LLP<br>Two Houston Center<br>909 Fannin, Ste. 2200<br>Houston, TX  77010 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Sullivan Land Services, LP<br>PO Box 131486<br>Houston, TX  77219 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $141,240.17 |
| ACCT #:<br>SulTex, Ltd.<br>PO Box 3387<br>Galveston, TX  77550 | | DATE INCURRED:<br>CONSIDERATION:<br>**Leasehold Interest**<br>REMARKS: | | | | $2,656,059.65 |
| ACCT #:<br>Sunbelt Rentals<br>10620 Needham St.<br>Houston, TX  77013 | | DATE INCURRED:<br>CONSIDERATION:<br>**Leasehold Interest**<br>REMARKS: | | | | $9,847.68 |
| ACCT #:<br>Swagelok<br>105 Circle Way<br>Lake Jackson, TX  77566 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $51.40 |
| ACCT #:<br>Syspro Impact Software, Inc.<br>959 South Coast Drive, Ste. 100<br>Costa Mesa, CA  92626 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___20___ of ___23___ continuation sheets attached to                    Subtotal >         $2,807,198.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                         (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                         Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                      Case No.   **10-80278**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **T. B. Jones Co.** <br> **1025 Ashland Blvd.** <br> **Channelview, TX  77530** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $722.50 |
| ACCT #: <br> **Texas Comm. on Eviron. Quality** <br> **Financial Admin. Division** <br> **Cashier's Office, MC-214** <br> **PO Box 13088** <br> **Austin, TX  78711** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Texas Gas Service** <br> **Attn: Legal Department** <br> **1301 South Mopac, Ste. 400** <br> **Austin, TX  78746** | | DATE INCURRED: <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | | $195,089.29 |
| ACCT #: <br> **Texas International Terminals** <br> **PO Box 17017** <br> **Galveston, TX  77552** | | DATE INCURRED: <br> CONSIDERATION: <br> **Terminal Services** <br> REMARKS: | | | | $483,091.73 |
| ACCT #: <br> **Texas Workers' Compensation Commission** <br> **Southfield Building, MS-4C** <br> **4000 South IH-35** <br> **Austin, TX  78704-7491** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Toshiba America Business Solution** <br> **PO Box 740441** <br> **Atlanta, GA  30374-0441** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | $1,055.46 |

Sheet no. _____21_____ of _____23_____ continuation sheets attached to                          Subtotal >         $679,958.98
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                                   Case No.   **10-80278**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Trinity Green Services, LLC**<br>**1165 S. Stemmons Freeway**<br>**Suite 100**<br>**Lewisville, TX  75067** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>**Triplex, Inc.**<br>**PO Box 4591**<br>**Houston, TX  77210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,184.25 |
| ACCT #:<br>**Turner Industries Group, LLC**<br>**Construction & Maintenance Division**<br>**8687 United Plaza Blvd.**<br>**Baton Rouge, LA  70809** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | X | $1,452.00 |
| ACCT #:<br>**U.S. Department of Labor**<br>**Houston South Area Office**<br>**17625 El Camino Real, Ste. 400**<br>**Houston, TX  77058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**ULINE**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL  60085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $407.09 |
| ACCT #:<br>**United Healthcare**<br>**Dept. CH 10151**<br>**600550151C0009**<br>**Paleatine, IL  60055-0151** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $9,432.00 |

Sheet no. __22__ of __23__ continuation sheets attached to       Subtotal >       $12,725.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 Total >
                        (Use only on last page of the completed Schedule F.)
                (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galveston Bay Biodiesel, LP**                    Case No. _____**10-80278**_____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Univar USA Inc.**<br>**777 Brisbane**<br>**Houston, TX  77061** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $29,009.39 |
| ACCT #:<br>**Vertical UK LLP**<br>**Amicorp House, 81**<br>**Fenchurc Street**<br>**GB-London**<br>**EC3M 4BT** | | DATE INCURRED:<br>CONSIDERATION:<br>**Estimated Claim Amount**<br>REMARKS: | | | X | $4,700,000.00 |
| ACCT #:<br>**VWR**<br>**PO Box 640169**<br>**Pittsburgh, PA  15264** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,493.46 |
| ACCT #:<br>**Wayne Wicks & Associates**<br>**110 N. Broadway St., Ste. C**<br>**La Port, TX  77571** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $240.00 |
| ACCT #:<br>**Weaver & Tidwell LLP**<br>**24 Greenway Plaza, Ste. 1800**<br>**Houston, TX  77046** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,250.00 |
| | | | | | | |

Sheet no. ___**23**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,731,992.85

Total >   $13,343,788.84

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)