IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-80278-G3-11 |
| | § | |
| **GALVESTON BAY BIODIESEL, LP** | § | Chapter 11 |
| | § | |
| Debtor | § | |

## NOTICE OF EMERGENCY HEARING

Please be advised that the following matters are set for hearing on Tuesday, June 1, 2010 at 2:45 a.m. before the Honorable Letitia Z. Paul, United States Bankruptcy Judge in Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston Texas 77002:

1. Debtor's Emergency Motion for Interim and Final Orders Authorizing Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 326(c), and Request for Final Hearing [Docket No. 28]; and

2. Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361 and 363 for Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection to the Pre-Petition Lender, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 18].

Respectfully submitted this 20th day of May, 2010.

SELMAN MUNSON & LERNER, PC

By: */s/ Christopher D. Johnson*
   Christopher D. Johnson
   Texas Bar No. 24012913
   Two Memorial City Plaza
   820 Gessner, Suite 800
   Telephone: (713) 827-1722
   Facsimile: (713) 827-1438

PROPOSED ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2010, I served a copy of the forgoing Notice of Emergency Hearing via the Court's EM/ECF electronic system to all parties consenting to service through same, and to all other parties by United States First Class Mail, postage prepaid as noted on the attached service list.

                                                      */s/ Christopher Johnson*
                                                       Christopher Johnson

                                                       PROPOSED ATTORNEYS FOR DEBTOR AND
                                                       DEBTOR-IN-POSSESSION

# SERVICE LIST

**United States Trustee**

Ellen Maresh Hickman
Office of the United States Trustee
515 Rusk St., Ste. 3516
Houston, TX  77002
ECF:  Ellen.hickman@usdoj.gov

**Parties Requesting Service**

Trent L. Rosenthal
Beirne Maynard & Parsons, LLP
Counsel for Sullivan Group
1300 Post Oak Blvd., Ste. 2500
Houston, TX  77056
ECF:  trosenthal@bmpllp.com

Scott A. Mixon
Co-Counsel for Sullivan Group
2423 Market Street, Ste. 100
Galveston, TX  77550
ECF:  smixon@mmo-law.com

Allison D. Byman
ECF:  Allison.Byman@tklaw.com
Randy W. Williams
ECF:  Randy.Williams@tklaw.com
Thompson & Knight LLP
Counsel for Altira Group LLC
333 Clay St., Suite 3300
Houston, TX  77002-4499

Judith W. Ross
ECF:  Judith.ross@bekerbotts.com
Ian E. Roberts
ECF:  ian.roberts@bakerbotts.com
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201-2980

John P. Dillman
Linebarger Goggan Blair & Sampson, LLC
Counsel for Cypress – Fairbanks ISD,
Galveston County and Harris County
PO Box 3064
Houston, TX  77253-3064

**Creditors Holding Secured Claims**

Altira Group LLC
World Trade Center
1625 Broadway, Ste. 2450
Denver, CO  80202

Ann Best Elite Temporaries
39018 Treasury Center
Chicago, IL  60694-9000

Clean Coast Technologies, Inc.
1041 Thomas Ave.
Pasadena, TX  77506

Consolidated Electrical Distributors Inc
PO Box 5410
Covington, LA  70434

Phoenix Pollution Control
720 S. Lynchburg Road
Baytown, TX  77520

**Twenty Largest Unsecured Creditors**

Vertical UK LLP
Amicorp House, 81
Fenchurc Street
GB-London
EC3M 4BT

SulTex, Ltd.
PO Box 3387
Galveston, TX  77550

3

Mithoff Law Firm
c/o Richard W. Mithoff
One Allen Center
Penthouse, Ste. 3450
500 Dallas Street
Houston, TX  77002

Noble Americas Corporation
333 Ludlow St., Ste. 1230
Stamford, CT  06902

Texas International Terminals
PO Box 17017
Galveston, TX  77552

Kirby Inland Marine, LP
PO Box 200788
Houston, TX  77216

Lansing Trade Group, LLC
PO Box 27267
Overland Park, KS  66210

Texas Gas Service
Attn: Legal Department
1301 South Mopac, Ste. 400
Austin, TX  78746

Sullivan Land Services, LP
PO Box 131486
Houston, TX  77219

Donald Wells Consulting Co.
2347 Bright Meadows
Missouri City, TX  77489

Mitsubishi Int'l Tank Rentals
655 Third Ave.
New York, NY  10017

McGriff, Seibels & Williams, Inc.
10375 Richmond Ave.
Suite 1700
Houston, TX  77042

Direct Energy
1001 Liberty Avenue
Pittsburgh, PA  15222

Jackson Walker, LLP
PO Box 130989
Dallas, TX  75313

American Commodities Brokerage
145 East 48th St., Ste. 31C
New York, NY  10017

Cisco Boiler Service Company
PO Box 266161
Houston, TX  77207-6161

Intertek
Caleb Brett USA Inc.
PO Box 32849
Hartford, CT  06150

Baker Corp
101 Old Underwood Rd., Bldg B
La Porte, TX  77571