IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-80278-G3-11 |
| | § | |
| GALVESTON BAY BIODIESEL, LP | § | Chapter 11 |
| | § | |
| Debtor | § | |

## AMENDED NOTICE OF HEARING

Please be advised that the following matter is set for hearing on July 15, 2010 at 10:30 a.m. before the Honorable Letitia Z. Paul, United States Bankruptcy Judge in Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002:

> Debtor's Expedited Motion to Approve (I) Letter of Intent and Purchaser Protection Provisions, (II) Sale Procedure and Form of Notice, and (III) Certain Bid Protections [Doc. No. 24].

Respectfully submitted this 22nd day of June, 2010.

McKOOL SMITH, PC

By: /s/ Christopher D. Johnson
Christopher D. Johnson
Texas Bar No. 24012913
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

PROPOSED ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

Dallas 304395v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2010, I served a copy of the forgoing Notice of Hearing via the Court's EM/ECF electronic system to all parties consenting to service through same, and to all other parties by United States First Class Mail, postage prepaid as noted on the attached service list.

*/s/ Christopher Johnson*
Christopher Johnson

# MASTER SERVICE LIST

1st Safety Sales & Rentals, LL
629 Howard Ave., Bldg. A
Deer Park, TX  77536

5 Star Welding & Industrial Sup
PO Box 1314
Santa Fe, TX  77510

A & H Electric
PO Box 3097
3401 Beall Lane
Galveston, TX  77554-0097

A. Craig Eiland
Law Office of A. Craig Eiland, PC
2211 The Strand, Ste. 201
Galveston, TX  77550

Addicks Fire & Safety, Inc.
1800 Sherwood Forest, Ste. B-1
Houston, TX  77043

AgResearch, Inc.
16230 Woodlake Drive
College Station, TX  77845

AIMM Technologies Inc.
PO Box 369
Lamarque, TX  77568

Air Liquide America Specialty LLC
11426 W. Fairmont Pky (11300)
La Port, TX  77571-6000

Air Liquide Industrial U.S. LP
801 West N. Carrier Parkway
Grand Prairie, TX  75050

Airgas
PO Box 676031
Dallas, TX  75261

Alliance Payroll Services, Inc.
12707 North Freeway
Suite 320
Houston, TX  77060

Allied Waste Service #855
Houston Services Group
PO Box 78756
Phoenix, AZ  85062

Altira Group LLC
World Trade Center
1625 Broadway, Ste. 2450
Denver, CO  80202

Amegy Bank
Commercial Loan Servicing Dept
TH-A007-5771
PO Box 3029
Houston, TX  77253

American Arbitration Association
13455 Noel Road
Suite 1750
Dallas, TX  75240

American Commodities Brokerage
145 East 48th St., Ste. 31C
New York, NY  10017

Amspec Services, LLC
PO Box 1748
360 East Elizabeth Ave.
Linden, NJ  07036

Ann Best Elite Temporaries
39018 Treasury Center
Chicago, IL  60694-9000

Applied Industrial Technologie
839 Highway 136 N
Texas City, TX  77590-6640

Aramark Uniform Services
PO Box 1339
Stafford, TX  77497

Ardent Services, LLC
East Gulf Coast
615 Hill Street
Jefferson, LA  70121

Aspen Technology, Inc.
200 Wheeler Road
Burlington, Massachusetts  01803-5501

Baker Corp
101 Old Underwood Rd., Bldg B
La Porte, TX  77571

Bay Area Industrial Supply
6202 Main St.
Hitchcock, TX  77563

Beck, Redden & Secrest, LLP
1221 McKinney St.
Suite 4500
Houston, TX  77010

BETCO Scaffolds
1617 Enid St.
Houston, TX  77009

Bill Spence
14 Ash Branch Ct.
The Woodlands, TX  77381

Biodiesel Experts International
PO Box 429
Pearland, TX  77588

Bioselect Fuels, LLC
1100 Louisiana, Ste. 5005
Houston, TX  77002

Bloomberg LLC
731 Lexington Ave.
New York, NY  10022

C. C. Wang
5318 Avondale Dr.
Sugar Land, TX  77479

Carlton Industries
PO Box 280
LaGrange, TX  78945

Chad Symcox
735 Wilken St.
Houston, TX  77008

Cheetah Transportation
PO Box 1327
Alvin, TX  77512

Chemtran USA, Inc.
PO Box 62456
Houston, TX  77205-2456

ChemTreat, Inc.
4461 Cox Rd., Ste. 300
Glen Allen, VA  23060

Chemtrec
Accounts Receivable
PO Box 791383
Baltimore, MD  21279-1383

Cisco Boiler Service Company
PO Box 266161
Houston, TX  77207-6161

City of Galveston Water Dept.
PO Box 779
Galveston, TX  77553

Clean Coast Technologies, Inc.
1041 Thomas Ave.
Pasadena, TX  77506

Clean Fuels Clearinghouse
5190 Neil Rd., Ste. 430
Reno, NV  89502

Cognis Corporation
PO Box 802568
Chicago, IL  60680

Complete Crane Services, Inc.
PO Box 41313
Houston, TX  77241-1313

Consolidated Electrical Distributors Inc
PO Box 5410
Covington, LA  70434

Convergint Technologies
35257 Eagle Way
Chicago, IL  60678

Crossroad Carriers, LP
PO Box 849
Mont Belvieu, TX  77580

Custom Chemicals
PO Box 441
Santa Fe, TX  77510

Cypress-Fiarbanks Tax Assessor Collector
Anita Henry
10949 Jones Rd., Rm 106
Houston, TX  77065

D & G Communications, Inc.
2333 Palmer Hwy
Texas City, TX  77590

David Norgan
PO Box 771
Texas City, TX  77592

David Stanley
957 County Rd. #286
Edna, TX  77957

Degussa
379 Interpace Parkway
PO Box 677
Parsippany, NJ  07054

Direct Energy
1001 Liberty Avenue
Pittsburgh, PA  15222

Donald Wells Consulting Co.
2347 Bright Meadows
Missouri City, TX  77489

Dynasty Filtration
123 South 16th St.
La Porte, TX  77571

Ed Swinderman
25510 Lyon Springs Court
Spring, TX  77373

Elliot Electric Supply
PO Box 630610
Nacogdoches, TX  75936

Energy Labs
PO Box 30975
Billings, MT  59107-0975

Ernst & Young
Bank of America
PO Box 848107
Dallas, TX  75284

Evia Partners
PO Box 17017
Galveston, TX  77552

Express Personnel Services
1020 23rd (Tremont) St.
Galveston, TX  77550

Fastenal
115 Hwy 146 So.
Texas City, TX  77590

Fed Ex Freight
PO Box 406708
Atlanta, GA  30384

Fisher Scientific
PO Box 404705
Atlanta, GA  30384

Galveston County Tax Office
PO Box 1169
Galveston, TX  77553-1169

Gardere Wynne Sewell LP
1000 Louisiana, Ste. 3400
Houston, TX  77002

Garner Environmental
1717 W. 13th Street
Deer Park, TX  77536

General Lab Supply
PO Box 7120
Pasadena, TX  77508

Gordon Communications
4714 Louetta Rd., #709
Spring, TX  77388

Grainger
PO Box 419267
Kansas City, MO  64141-6267

Graphic Products, Inc.
PO Box 4070
Beaverton, OR  97076

Graybar
6161 Bingle Road
Houston, TX  77092

Great Western Supply Co.
Corporate Office, Dept. 377
PO Box 4346
Houston, TX  77210

Great Western Valve LLC
14247 Bandera St.
Houston, TX  77015

Greenergy USA, Inc.
111 Bridgeport Plaza, Ste. 310
Rome, GA  30161

Guardian
PO Box 95101
Chicago, IL  60694-5101

Harris County Tax Assessor
PO Box 4622
Houston, TX  77210-4622

HLC Enterprises
PO Box 1985
Texas City, TX  77592

Integrated Transportation Service
PO Box 1987
Channelview, TX  77530

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Intertek
Caleb Brett USA Inc.
PO Box 32849
Hartford, CT  06150

Island Health Center, P.A.
4623 Ft. Crockett Blvd.
Galveston, TX  77551-5962

Jackson Walker, LLP
PO Box 130989
Dallas, TX  75313

Jenny Ligums
1414 A Harold Street
Houston, TX  77006

JM Science
PO Box 250
Grand Island, NY  14072

John A. Mafrige
3505 Gramercy
Houston, TX  77025

John L. Wortham & Son, LP
PO Box 1388
Houston, TX  77251

Johnson DeLuca Kennedy & Kurisky
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, TX  77010

Joyce, McFarland & McFarland
One Shell Plaza
910 Louisiana, Ste. 5000
Houston, TX  77002

Kirby Inland Marine, LP
PO Box 200788
Houston, TX  77216

Kolmar Americas, Inc.
10 Middle Street
Penthouse
Bridgeport, CT  06604

Labcal Services Inc.
PO Box 1426
Kemah, TX  77565

Lansing Trade Group, LLC
PO Box 27267
Overland Park, KS  66210

Liberty Environmental Services
PO Box 25
Girard, OH  44420

Liquid Ring Service & Repair
PO Box 310835
Birmingham, Alabama  35231

McGraw Equipment
6819 Highway 90, Ste. 630
Katy, TX  77494

McGriff, Seibels & Williams, Inc.
10375 Richmond Ave.
Suite 1700
Houston, TX  77042

Mithoff Law Firm
c/o Richard W. Mithoff
One Allen Center
Penthouse, Ste. 3450
500 Dallas Street
Houston, TX  77002

Mitsubishi Int'l Tank Rentals
655 Third Ave.
New York, NY  10017

Mobile Mini
7420 S. Kyrene Rd.
Suite #101
Tempe, AZ  85283

Mobile Modular Corporation
PO Box 45043
San Francisco, CA  94145

MSC Industrial Supply Company
Dept. CH0075
Palentine, IL  60055

Mueller Water Conditioning, Inc.
PO Box 975118
Dallas, TX  75397

National Biodiesel Board
PO Box 104898
Jefferson City, MO  65110

NMC Global Corporation
650 Grove Road, Ste. 111
PO Box 309
Thorofare, NJ  08086

Noble Americas Corporation
333 Ludlow St., Ste. 1230
Stamford, CT  06902

Dallas 303604v1

Office of the Attorney General
TX Child Support SDU
PO Box 659791
San Antonio, TX  78265-9791

Parijat Controlware, Inc.
11522 North Lou-A1
Houston, TX  77024

Phoenix Pollution Control
720 S. Lynchburg Road
Baytown, TX  77520

Primary Chemicals, LLC
14906 FM 529, Ste. 202
Houston, TX  77095

Progressive Pumps Corp.
PO Box 73108
Houston, TX  77273-3108

Property Management Partners
957 County Rd. 286
Edna, TX 77957

REIS Environmental
PO Box 8498
St. Louis, MO  63132

Restek
110 Benner Circle
Bellefonte, PA  16823

Rexel
150 East Ross Ave.
El Centro, CA  92243

Rod Hayslett
55 Waugh Dr., Ste. 800
Houston, TX  77007

RRS/SCHIRMER
6455 South Shore Blvd., Ste. 400
League City, TX  77573

Saia Motor Freight Line, Inc.
PO Box A, Station 1
Houma, LA  70363

Savitr Capital, LLC
One Market Plaza
Stuart Tower, Ste. 1400
San Francisco, CA  94105

Sea Lion Technology, Inc.
PO Box 1807
Texas City, TX  77592

Secretary of State
PO Box 13697
Austin, TX  78711-3697

South Texas Boilers
14715 East Freeway
Houston, TX  77015

Southern Heat Exchangers
12210 A US 90 East
Houston, TX  77049

Sparkletts Water
PO Box 660579
Dallas, TX  75266

Sparkling Clear Industries
422 W. Plantation
Clute, TX  77531

SRI Instruments
20720 Ear Street
Torrance, CA  90503-2162

Standard Renewable Energy Group, LLC
1100 Louisiana, Ste. 5005
Houston, TX  77002

Stargel Office Solutions
4700 Blalock Rd.
Houston, TX  77041

Dallas 303604v1

Steven L. Roberts
Sutherland Asbill & Brennan LLP
Two Houston Center
909 Fannin, Ste. 2200
Houston, TX  77010

SulTex, Ltd.
PO Box 3387
Galveston, TX  77550

Sunbelt Rentals
10620 Needham St.
Houston, TX  77013

Swagelok
105 Circle Way
Lake Jackson, TX  77566

Syspro Impact Software, Inc.
959 South Coast Drive, Ste. 100
Costa Mesa, CA  92626

T. B. Jones Co.
1025 Ashland Blvd.
Channelview, TX  77530

Texas Comm. on Eviron. Quality
Financial Admin. Division
Cashier's Office, MC-214
PO Box 13088
Austin, TX  78711

Texas Gas Service
Attn: Legal Department
1301 South Mopac, Ste. 400
Austin, TX  78746

Texas International Terminals
PO Box 17017
Galveston, TX  77552

Texas Workers' Compensation Commission
Southfield Building, MS-4C
4000 South IH-35
Austin, TX  78704-7491

Tim Pearson
1941 Waterford Way
Seabrook, TX  77586

Toshiba America Business Solution
PO Box 740441
Atlanta, GA  30374-0441

Trinity Green Services, LLC
1165 S. Stemmons Freeway
Suite 100
Lewisville, TX  75067

Triplex, Inc.
PO Box 4591
Houston, TX  77210

Turner Industries Group, LLC
Construction & Maintenance Division
8687 United Plaza Blvd.
Baton Rouge, LA  70809

U.S. Department of Labor
Houston South Area Office
17625 El Camino Real, Ste. 400
Houston, TX  77058

United States Trustee
c/o Ellen Maresh Hickman
Office of the United States Trustee
515 Rusk, Suite 3516
Houston, TX  77002
Ellen.hickman@usdoj.gov

ULINE
2200 S. Lakeside Drive
Waukegan, IL  60085

United Healthcare
Dept. CH 10151
600550151C0009
Paleatine, IL  60055-0151

Univar USA Inc.
777 Brisbane
Houston, TX  77061

Dallas 303604v1

Vertical UK LLP
Amicorp House, 81
Fenchurc Street
GB-London
EC3M 4BT

VWR
PO Box 640169
Pittsburgh, PA  15264

Wayne Wicks & Associates
110 N. Broadway St., Ste. C
La Port, TX  77571

Weaver & Tidwell LLP
24 Greenway Plaza, Ste. 1800
Houston, TX  77046

Joseph Ziemianski
Cozen O'Connor
One Houston Center
1221 McKinney, Ste. 2900
Houston, TX  77010

Bryan Verzey
Cozen O'Connor
One Houston Center
1221 McKinney, Ste. 2900
Houston, TX  77010

Wade Williams
Lewis and Williams
2200 Market Street, Ste. 750
Galveston, TX  77550

Anthony M. Guerino, II
Gardere Wynne Sewell LLP
1000 Louisiana, Ste. 3400
Houston, TX  77002

Daniel B. Nelson
Law Offices of Daniel B. Nelson
Arena Tower I
7322 S. W. Freeway, Ste. 2020
Houston, TX  77074

Steven L. Roberts
Sutherland Asbill & Brennan LLP
Two Houston Center
909 Fannin, Suite 2200
Houston, TX  77010

Brad W. Gaswirth
Canterbury, Elder, Gooch, Surratt,
  Shapiro & Stein, P.C.
5005 LBJ Freeway, Suite 1000
Dallas, TX  75244-6199

Russell S. Post
Beck, Redden & Secrest, LLP
One Houston Center
1221 McKinney, Ste. 4500
Houston, TX  77010

W. Jason Walker
Andrews Myers Coulter & Hayes, P.C.
3900 Essex Lane, Ste. 800
Houston, TX  77027

Trent L. Rosenthal
Beirne Maynard & Parsons, LLP
Counsel for Sullivan Group
1300 Post Oak Blvd., Ste. 2500
Houston, TX  77056
trosenthal@bmpllp.com

Scott A. Mixon
Co-Counsel for Sullivan Group
2423 Market Street, Ste. 100
Galveston, TX  77550
smixon@mmo-law.com

Allison D. Byman
Randy W. Williams
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX  77002-4499
allison.byman@tklaw.com
randy.williams@tklaw.com

Dallas 303604v1

Judith W. Ross
Ian E. Roberts
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
judith.ross@bakerbotts.com
ian.roberts@bakerbotts.com

John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

James J. Sentner, Jr.
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
jsentner@gardere.com

Nikeyla Johnson
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
njohnson@gardere.com

Duane J. Brescia, Esq.
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701
duane.brescia@strasburger.com