IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-80278-LZP |
| | § | |
| GALVESTON BAY BIODIESEL, LP | § | Chapter 11 |
| | § | |
| | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Kirby Inland Marine, LP's Motion For an Order Appointing a Chapter 11 Trustee [Docket No. 79] will be held on July 15, 2010 at 10:30 a.m. at 515 Rusk Street, Courtroom 401, Houston, Texas 77002.

Respectfully submitted,

*/s/ Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Duane J. Brescia (SBN 24025265)
**Strasburger & Price, LLP**
600 Congress Ave., Suite 1600
Austin, Texas 78701-2974
Tel. 512.499.3600 / Fax 512.499.3660

**ATTORNEYS FOR
KIRBY INLAND MARINE, LP**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the forgoing document has been served via ECF system electronic transmission or by first class, U.S. Mail, to the parties listed below or on the attached service list July 1, 2010.

Christopher D. Johnson
600 Travis Street, Ste. 7000
Houston, TX  77002
cjohnson@mckoolsmith.com

*/s/ Duane J. Brescia*
Duane J. Brescia