IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-80278-G3 |
| | § | |
| GALVESTON BAY BIODIESEL, LP | § | Chapter 11 |
| | § | |
| | § | |

### AMENDED MOTION TO PAY FUNDS INTO THE REGISTRY
### OF THE COURT UNDER 11 U.S.C. §347(b)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Gregory S. Milligan, Post-Confirmation Trustee, and files this *Amended Motion to Pay Funds into the Registry of the Court* under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned Trustee reports the following:

_____ 1.    The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 XX  2.    More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditors listed on **Exhibit "A"** attached hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on **Exhibit "A"** attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

Respectfully submitted,

_/s/ Greg Milligan_____
Gregory S. Milligan
Post-Confirmation Trustee
P. O. Box 90099
Austin, Texas 78709
(512) 892-0803 Telephone
(512) 532-0990 Facsimile
Email: gmilligan@harneypartners.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 on this the 4th day of October, 2013.

_____
Gregory S. Milligan
Post-Confirmation Trustee

**EXHIBIT "A"**

|  | Small Dividends |
| --- | --- |
| XXX | Unclaimed Funds |

| Check # | Name and Address | Claim Basis | Amount |
| --- | --- | --- | --- |
| 30077 | Intertek -Caleb Brett USA, Inc.<br>P. O. Box 32849<br>Hartford, CT 06150 | Scheduled | $ 5,986.04 |
| 30118 | Sunbelt Rentals<br>10620 Needham Street<br>Houston, Texas 77013 | Scheduled | $ 1,846.97 |
| 30057 | Evonik Degussa Corporation<br>4201 Degussa Road<br>Theodore, AL 36582 | P.O.C. | $ 1,633.89 |
| 30132 | Xtreme Liquid Technologies, Inc.<br>1307 Highway 35 South<br>Point Comfort, TX 77978 | Scheduled | $ 1,500.43 |
| 30010 | 1st Safety Sales & Rentals, LLC<br>629 Howard Avenue, Building A<br>Deer Park, TX 77536 | Scheduled | $ 883.95 |
| 30110 | South Texas Boilers<br>14715 East Freeway<br>Houston, Texas 77015 | Scheduled | $ 415.43 |
| 30034 | C. C. Wang<br>5318 Avondale Drive<br>Sugar Land, TX 77479 | Scheduled | $ 343.22 |
| 30074 | Guardian<br>P. O. Box 95101<br>Chicago, IL 60694 | Scheduled | $ 244.11 |
| 30106 | Rexel<br>150 East Ross Avenue<br>El Centro, CA 92243 | Scheduled | $ 144.70 |
| 30054 | Energy Labs<br>P. O. Box 30975<br>Billings, MT 59107 | Scheduled | $ 88.15 |
| 30011 | 5 Star Welding & Industrial Supply<br>P. O. Box 1314<br>Santa Fe, TX 77510 | Scheduled | $ 14.07 |
| 30119 | Swagelok<br>105 Circle Way<br>Lake Jackson, TX 77566 | Scheduled | $ 9.64 |
|  |  |  | **$ 13,110.60** |